IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | Case No. 15 CR 275 |
| v. | ) | Judge JUDGE POLSTER |
| JOHN CLEMENTS, | ) | Title 18, Sections 2252(a)(2) and |
| | ) | 2252A(a)(5)(B), United States Code |
| Defendant. | ) | |

### COUNT 1

The Grand Jury charges:

From on or about February 25, 2014, through on or about May 5, 2014, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, JOHN CLEMENTS, did knowingly receive and distribute in interstate and foreign commerce, by computer, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 2

The Grand Jury further charges:

On or about June 3, 2014, in the Northern District of Ohio, Eastern Division, defendant, JOHN CLEMENTS, did knowingly possess a computer that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate or foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

                                                       A TRUE BILL.

Original Document — Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

United States v. JOHN CLEMENTS